**Chronological Case History**

| | | | | |
|---|---|---|---|---|
| **Style** | RANDLE, TAMMY vs. PILOT TRAVEL CENTERS LLC (D/B/A PILOT FLYING J) | | | |
| **Case Number** | 202002416 | **Case Status** Active - Civil | **Case Type** | Premises |
| **File Court** | 080 | **File Date** 1/15/2020 | **Next Setting** | N/A |

| Date | Type | Description |
|---|---|---|
| 1/15/2020 | DOCUMENT | ORIGINAL PETITION **COURT:** 080 **ATTORNEY:** DASPIT, JOHN A **PERSON FILING:** RANDLE, TAMMY |
| 1/29/2020 | SERVICE | **PERSON SERVED:** PILOT TRAVEL CENTERS LLC (D/B/A PILOT FLYING J) (DOMESTIC CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM **SERVICE TYPE:** CITATION CORPORATE |
| 2/21/2020 | DOCUMENT | ANSWER ORIGINAL PETITION **COURT:** 080 **ATTORNEY:** JONES, MICHAEL BARRETT **PERSON FILING:** PILOT TRAVEL CENTERS LLC (D/B/A PILOT FLYING J) |