## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY RANDLE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-00714 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PILOT TRAVEL | § | |
| CENTERS LLC d/b/a | § | |
| PILOT FLYING J, | § | |
| Defendant. | § | |

### ORDER

The parties have provided notice of settlement. Dkt 20.

All claims by Plaintiff Tammy Randle against Defendant Pilot Travel Centers LLC are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate her claims against Defendant if approval of documentation or condition precedent fails.

Signed on June 7, 2021, at Houston, Texas.

*/s/ Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge